**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2251**

JON J. RUNGE,

              Plaintiff – Appellant,

        v.

DR. TOM BARTON, President Greenville Technical College;
JANIE REID, Dean of Financial Aid Greenville Technical
College; P. GEORGE BENSON, President College of Charleston;
DON GRIGGS, Director of Financial Aid of Charleston,

              Defendants – Appellees,

        and

SOUTH CAROLINA, STATE OF; MARK SANFORD, Governor of The
State of South Carolina; GARRISON WALTERS, Executive
Director South Carolina Commission on Higher Education,

              Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. G. Ross Anderson, Jr., Senior
District Judge. (6:08-cv-00231-GRA)

Submitted: February 25, 2010          Decided: March 2, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jon J. Runge, Appellant Pro Se.   Charles Michael Groves, CHAPMAN, HARTER & GROOVES, PA, Greenville, South Carolina; Christopher Louis Murphy, STUCKEY LAW OFFICES, PA, Charleston, South Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jon J. Runge appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Runge v. Sanford, No. 6:08-cv-00231-GRA (Aug. 21 & Oct. 2, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED